# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| AECOM Government Services, Inc. | ) ASBCA No. 61038 |
| | ) |
| Under Contract No. W52P1J-05-D-0004 | ) |

APPEARANCES FOR THE APPELLANT:      Stephen D. Knight, Esq.
                                    Edmund M. Amorosi, Esq.
                                    Laura A. Semple, Esq.
                                    Todd M. Garland, Esq.
                                      Smith Pachter McWhorter PLC
                                      Tysons Corner, VA


APPEARANCES FOR THE GOVERNMENT:     Raymond M. Saunders, Esq.
                                      Army Chief Trial Attorney
                                    Frank A. March, Esq.
                                      Trial Attorney

## OPINION BY ADMINISTRATIVE JUDGE THRASHER

In their 3 October 2017 joint motion to dismiss the appeal with prejudice, the parties indicated that the contracting officer's final decision from which this appeal was taken had been withdrawn. By Order dated 11 October 2017, the parties were advised that where a contracting officer unequivocally rescinds a government claim and the final decision asserting that claim, there is no longer any claim before the Board to adjudicate, and we have dismissed the appeal as moot. *URS Federal Support Services, Inc.*, ASBCA No. 60364, 17-1 BCA ¶ 36,587 at 178,204. The Board stated that it intended to dismiss the appeal as moot and provided the parties an opportunity to comment within 14 days of the date of the Order. Neither party has submitted a response. Accordingly, the appeal is dismissed as moot.

Dated: 7 November 2017

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I concur

MARK A. MELNICK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 61038, Appeal of AECOM Government Services, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2